**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**BRANDON CALLIER, on behalf of himself and all others similarly situated**

Plaintiff(s),

**versus**

**SENTRY LEGAL PLAN, LLC, *et al.,***

Defendants.

**Civil Action No. 3:25-CV-115 LS**

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE AGAINST ALL DEFENDANTS**

Plaintiff Brandon Callier, and Defendants SENTRY LEGAL PLAN, LLC, and ALLEVIATE FINANCIAL SOLUTIONS LLC have resolved their case as it pertains to Plaintiff's individual claims against all Defendants. Plaintiff hereby requests this Honorable Court dismiss Plaintiff's individual claims against all Defendants (Defendant Sentry Legal Plan, LLC, Defendant Alleviate Financial Solutions, LLC, Defendant Debt Co, and Defendant EasyFinance) in the above cause with prejudice with each party to bear its own attorneys' fees and court costs.

Date: November , 2025

Respectfully submitted,

**THE DARWICH LAW FIRM, LLC**

By: /s/ Omar F. Darwich
Omar F. Darwich (Tx Bar No. 24124686)
6090 Surety Dr, #415
El Paso, TX 79905
(915) 671-2221
omar@darwichlegal.com
*Counsel for Plaintiff*

**Certificate of Service**

I certify, by my signature below, that on 11/8/2025 the foregoing document was served on all participants in the case that are registered with the Court's CM/ECF system.

Dated: 11/8/2025

/s/Omar Darwich_____
Omar Darwich