**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER, on behalf of himself and all others similarly situated**<br><br>Plaintiff(s),<br><br>**versus**<br><br>**SENTRY LEGAL PLAN, LLC, *et al.*,**<br><br>Defendants. | **Civil Action No. 3:25-CV-115 LS** |

**(*Proposed*) ORDER DISMISSING CASE**

Upon consideration of Plaintiff's Unopposed Motion to Dismiss with Prejudice Against All Defendants, the Court dismisses Plaintiff's individual claims with prejudice and his class claims without prejudice. Each party shall bear its own attorneys' fees and court costs. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED**

**SIGNED** and **ENTERED** on November ______, 2025.

________________________
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**