# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON L CALLIER, on behalf of himself and all other similarly situated,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | |
| | § | No. 3:25-CV-00115-LS |
| **SENTRY LEGAL PLAN, LLC, a Texas limited liability company, ALLEVIATE FINANCIAL SOLUTIONS, LLC, a California limited liability company, DEBT CO, an unknown business entity, and EASYFINANCE, an unknown business entity,** | § § § § § § § § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE

Upon consideration of the Plaintiff's Motion to Dismiss,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 10, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 29.