## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **BRANDON L CALLIER**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SENTRY LEGAL PLAN, LLC**, a Texas limited liability company, **ALLEVIATE FINANCIAL SOLUTIONS, LLC**, a California limited liability company, **DEBT CO**, an unknown business entity, and **EASYFINANCE**, an unknown business entity,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § §  No. 3:25-CV-00115-LS |

### FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 10, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**